# United States Court of Appeals
# for the Fifth Circuit

No. 25-11255
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
May 11, 2026

Lyle W. Cayce
Clerk

Efrain Areizaga,

*Plaintiff—Appellant*,

*versus*

TForce Freight, Incorporated; United Parcel Service, Incorporated; Local 745, International Brotherhood of Teamsters,

*Defendants—Appellees*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:22-CV-703

Before Clement, Southwick, and Oldham, *Circuit Judges*.

Per Curiam:[*]

After reviewing the parties' briefs and the record, we find no reversible error. We AFFIRM. *See* 5th Cir. R. 47.6.

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.